NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK E. BUNCH,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2010-3143

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100438-I-1.

---

## ORDER

The Merit Systems Protection Board informs the court that Jack E. Bunch has filed a petition for review by the full Board of the administrative judge's (AJ) initial decision.

The AJ issued his decision on May 26, 2010. Bunch filed a timely petition for review of the AJ's decision with this court and a petition for review with the Board.

Bunch may not simultaneously proceed in both petitions. Therefore, if he wishes for his case to proceed in this court, he must dismiss his Board petition.

Accordingly,

IT IS ORDERED THAT:

If Bunch does not notify the court that he has dismissed his petition for review before the Board within 30 days of the date of filing of this order, this petition for review by this court will be dismissed.

FOR THE COURT

**AUG 2 0 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jack E. Bunch
     Kent C. Kiffner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2010

JAN HORBALY
CLERK